## MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS | DEFENDANTS |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC. | HBC INVESTMENTS LLC and HUDSON BAY CAPITAL MANAGEMENT LP |
| **Attorney's** (Firm Name, Address, and Telephone Number) James Hunter, Law Office of James Hunter, 200 Barr Harbor Dr., Ste. 400, West Conshohocken, PA 19428 // (484) 214-4697 | **Attorneys (If Known)** Douglas A. Rappaport, Esq. Kaitlin D. Shapiro, Esq. Akin Gump Strauss Hauer & Feld LLP |

**DESCRIPTION OF CASE**
Motion to file complaint under seal and redacted complaint on the public docket in action for recovery of "short-swing" profit under Section 16(b) of the Securities Exchange Act of 1934, as amended, 15 U.S.C. § 78p(b).

**Has this or a similar case been previously filed in SDNY?**

No? [X]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date: _____   & Case No. _____

**NATURE OF CASE**

[ ] M 08-85 Motion to Compel
[ ] M 08-85 Motion to Quash
[ ] M 08-86 Internet Infringement
[ ] M 08-88 Surety Companies
[ ] M 08-425 Sureties Proceedings
[ ] M 11-03 SEC Litigation to Freeze Account
[ ] M 11-188 GJ Subpoenas - Unsealed
[ ] M 11-189 GJ Subpoenas - Sealed
[ ] M 16-88 Sale of Unclaimed Seamen's Effects
[ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
[ ] M 18-302 Registration of a Judgment from Another District
[ ] M 18-304 Administrative Subpoena Proceedings
[ ] M 18-305 Registration of Student Loan Judgment
[ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
[ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
[ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
[ ] M 19-63 Receivers - Property in Other Districts
[ ] M 19-78 Denial to Sue In Forma Pauperis
[ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
[ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
[ ] M 23 Petition to Perpetuate Testimony
[ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
[ ] M 25-2 Permission to have access to safe deposit boxes
[ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
[ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
[ ] M 28 Warrant for Entry & Inspection of Premises
[ ] M 29 Privacy Act Application
[ ] M 30 Privacy Act Application
[ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
[ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
[ ] M 33 Inspection Warrant - Department of Energy
[ ] M 34 Order of Another District Court that the State Court Produce
[ ] M 35 Order to Stay Transfer of Federal Prisoner
[ ] M 36 National Labor Relations Board

[ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
[ ] M 38 Application for Reassignment of Bankruptcy Proceeding
[ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
[ ] M 41 Order of Return of 28:2254/2255 Petition
[ ] M 42 Order Denying Stay of Deportation
[ ] M 43 Contempt of Court in Bankruptcy
[ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
[ ] M 46 Order from Another District for Public Viewing
[ ] M 47 Bankruptcy Cases - Before Appeal Filed
[ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
[ ] M 48 Application for Appointment of Counsel - No Case in This Court
[ ] M 49 Order Denying Commencement of Civil Action
[ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
[ ] M 52 Application for Leave to File a Complaint
[ ] M 53 Order Barring Individual from Entering Courthouse Building
[ ] M 54 Immigration Naturalization - Order Delaying Deportation
[ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
[ ] M 58 Application for Extension of Time to File Petition for Removal
[ ] M 59 Application to Produce Federal Prisoner in State Court
[ ] M 67 Notice of Eviction to Squatters (USA Cases)
[ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
[ ] M 72 Order of Attachment of Another District – EDNY
[ ] M 73 Subpoena to Government Agency
[ ] M 75 Application for Writ of Garnishment
[ ] M 76 Central Violations Bureau
[ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
[ ] M 90 Order of Attachment
[ ] M 93 Letters Rogatory _____
[ ] M 94 Other _____
[X] M 98 Application to file a civil case under seal.
[ ] M 100 Motion to unseal – Criminal Duty Matter

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____ **MISCELLANEOUS CASE NUMBER** _____

**NOTE:** Please submit at the time of filing an explanation of why cases are deemed related

_____

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

```
20230930-DK-Butterfly-1, Inc.
f/k/a Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, New Jersey  07083
County of Union
```

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

```
HBC Investments LLC
Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, Connecticut  06830
County of Fairfield
```

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No [X]    Yes [ ]
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS [ ]    MANHATTAN [X]

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 04/29/24 | *[signature]* | [ ] U.S. GOVERNMENT ATTORNEY |
| | | [ ] NO |
| RECEIPT # | | [X] YES (DATE ADMITTED MO. June YR. 2010 ) |
| | | ATTORNEY BAR CODE # JH-1910 |

Ruby J. Krajick, Clerk of Court, _____    Dated _____